UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re       Case No. 15−31869
            Chapter 13
Martenia Larkin

   Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on June 20, 2016 at 09:00 AM

to consider and act upon the following:

*31* − Order Granting Trustee's Motion To Dismiss Case (Related Doc # 30) Entered On 5/31/2016. (YP)

*32* − Debtor's Motion to Reconsider Order of Dismissal filed by Richard D. Shinbaum on behalf of Martenia Larkin (RE: related document(s)31 Order on Trustee's Motion to Dismiss Case). (Attachments: # 1 Exhibit A) (Shinbaum, Richard)

Dated: May 31, 2016

*/s/ Juan-Carlos Guerrero*

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court